**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

AYASHA WEATHERLY,                     :
                                      :
                    *Plaintiff*,      :
                                      :
v.                                    :      Civil Action No. 1:25-cv-00584-RDM
                                      :
EQUIFAX INFORMATION SERVICES,         :
LLC, *et al.*,                        :
                                      :
                    *Defendants*.     :
_____ :

**STIPULATION OF DISMISSAL WITH PREJUDICE**
**AS TO EQUIFAX INFORMATION SERVICES, LLC**

Plaintiff, by counsel, and with the signature of the parties, stipulates to the dismissal with

prejudice of all claims against Equifax Information Services, LLC under Federal Rule of Civil

Procedure 41(a)(1)(A)(ii). This matter will continue as to the remining defendants.

Dated: September 24, 2025            Respectfully submitted,

                                     By: */s/ Kristi C. Kelly*_____
                                     Kristi C. Kelly, DC Bar No. 974872
                                     Casey S. Nash, DC Bar No. 1028868
                                     Kelly Guzzo, PLC
                                     3925 Chain Bridge, Suite 202
                                     Fairfax, VA  22030
                                     Telephone: (703) 424-7572
                                     Facsimile: (703) 591-0167
                                     Email: kkelly@kellyguzzo.com
                                     Email: casey@kellyguzzo.com

                                     *Counsel for Plaintiff*


                                     By: */s/ Julie Surell Siegel*_____
                                     Julie Surell Siegel (Bar No. 29487)
                                     SEYFARTH SHAW LLP
                                     975 F Street NW
                                     Washington, DC 20004-1454
                                     Telephone: (202) 828-3595
                                     Facsimile: (202) 828-5393
                                     Email: jssiegel@seyfarth.com

                                     *Counsel for Defendant Equifax Information*
                                     *Services, LLC*

By:*/s/ Lauren E. Lacey*
Lauren E. Lacey, Bar No. 26014
TROUTMAN PEPPER LOCKE LLP
401 9th Street NW, Suite 100
Washington, DC 20004
Telephone: (202) 274-2950
Email: Lauren.Lacey@troutman.com

*Counsel for Defendant Experian Information Solutions, Inc.*


By:*/s/ Sara M. Zeimer*
Sara M. Zeimer
D.C. Bar No. 90006264
BUCHANAN INGERSOLL & ROONEY PC
1700 K Street NW, Suite 300
Washington, DC 20006
Telephone: (202) 452-5469
Fax: (202) 452-7989
Email: sara.zeimer@bipc.com

*Counsel Defendant for Trans Union, LLC*