**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AYASHA WEATHERLY, | : |
| | : |
| *Plaintiff,* | : |
| | : |
| v. | :    Civil Action No. 1:25-cv-00584-RDM |
| | : |
| EQUIFAX INFORMATION SERVICES, | : |
| LLC, *et al.*, | : |
| | : |
| *Defendants.* | : |
| | : |

**<u>NOTICE OF SETTLEMENT</u>**

Plaintiff Ayasha Weatherly, by counsel, notifies the Court that she has settled her claims against Defendant Experian Information Solutions, Inc. The Parties are working to finalize the settlement and will submit dismissal papers within thirty (30) days, unless the Court orders an earlier submission.

Dated: September 24, 2025

Respectfully submitted,

**AYASHA WEATHERLY**

By: */s/ Kristi C. Kelly*
Kristi C. Kelly, DC Bar No. 974872
Casey S. Nash, DC Bar No. 1028868
Kelly Guzzo, PLC
3925 Chain Bridge, Suite 202
Fairfax, VA  22030
Telephone: (703) 424-7572
Facsimile: (703) 591-0167
Email: kkelly@kellyguzzo.com
Email: casey@kellyguzzo.com

*Counsel for Plaintiff*